# United States Court of Appeals
# for the Federal Circuit

---

August 4, 2011

**ERRATA**

---

Appeal No. 2010-1445

**CREATIVE COMPOUNDS, LLC,**
**v.**
**STARMARK LABORATORIES,**

Decided:  June 24, 2011
Precedential Opinion

---

Please make the following change:

Page 5, line 17, change "2009" to --2006--.